**File Hashes for IP Address 173.66.170.199**

**ISP:** Verizon Online, LLC
**Physical Location:** Sterling, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/25/2014 19:42:34 | 083E3B3D13FF63DD167EDA1B20907DEDC6D2F0A6 | Silvie Eufrat Strip Poker |
| 12/04/2014 00:11:57 | 2A4D7C0AB461F59DD1C2844E46EC241A16C3560A | Sapphically Sexy |
| 10/16/2014 04:48:16 | 8B4960BEF62639C6513A1EAE1FB0E706AE78B00B | Awe Inspiring Orgy |
| 09/30/2014 16:42:18 | 78C3190DCCA710786BCC4AB94D2499A285FE4F69 | Nice And Slow |
| 07/08/2014 04:26:43 | 02744D186E0956E552C9AD10D76F915C46AA2D0C | Chloe Loves Carl Part 2 |
| 06/20/2014 01:30:26 | 6E7102974A414617BB8B253010038E86E3C4B93D | Coming Late |
| 05/22/2014 22:36:15 | 5FA39DE35F70AFC180E05D75EB9B200EDB494BD3 | Meet My Lover From Austria |
| 05/08/2014 08:20:08 | 1C6E94DDFA6DFEBA94FAABFEB47C3EA77530E4D9 | Perfect Timing |
| 04/10/2014 00:50:19 | E3D0ECD62AC239734AF56342913472D0757B4E64 | Not Alone |
| 02/27/2014 07:00:08 | 393C04762255DA6B05BBAE7F29933D8F7421F776 | At Home With Tiffany |
| 12/10/2013 06:33:14 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |

**Total Statutory Claims Against Defendant: 11**

EXHIBIT A

EVA198